# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

Rodney Robinson

**ORDER HOLDING PROBATIONER**
**FOR REVOCATION HEARING**

Case Number:  97-20263-Ml/V

On April 14, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter.  The defendant was or had been advised of his rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure, and appeared with counsel, who had been appointed.

At this hearing, the defendant was released on bond and therefore, a preliminary hearing on the violation was not required.  *See* United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976); United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733(1976).

Accordingly, the defendant is held to a final revocation hearing before the district judge. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

*S. Thomas Anderson, United States Magistrate Judge*

*Date:  April 15, 2005*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-29-05

80

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT