FILED BY _____ D.C.
05 JUN 15 AM 9: ?
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY __CAS__ D.C.
2005 JUN 14 PM 1:11
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**RODNEY ROBINSON**                    No. 2:97cr20263-M1

## MOTION OF CONTINUANCE

**MOTION GRANTED**
Hearing reset to Friday, July 1, 2005 at 10:30 AM

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 14, 2005
DATE

Come Now Defendant, Rodney Robinson, by and through his Attorney Samuel L. Perkins and respectfully request a continuance of this matter on June 15, 2005. Counsel has spoken with Prosecutor Carrol Andre who has no opposition to this request. Counsel will be in trial in Biloxi, Mississippi on this date.

Respectfully submitted,

Samuel L. Perkins
Attorney for the Defendant
147 Jefferson, STE 804
Memphis, Tennessee 38103
(901) 523-8832

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-15-05

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been transmitted to Judge Jon Phipps McCalla, United States District Judge and Assistant Attorney



General Carroll L. Andre, 242 Federal Building, 167 N. Main Street, Memphis, Tennessee 38103, via hand-delivery, on the 14th day of June, 2005.

Samuel L. Perkins



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT