# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL -8 AM 7: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:97CR20263-01-M1

RODNEY ROBINSON
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Rodney Robinson, was represented by Samuel Perkins, Esq.

It appearing that the defendant, who was convicted on July 21, 1998, in the above styled cause and was placed on Supervised Release for a period of five (5) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time Served of One (1) Day.

FURTHERMORE, the Court hereby imposes a period of Supervised Release for a term of fifty two (52) months with the following additional conditions of release.

1. The defendant shall serve six (6) months at a Halfway House;
2. The defendant shall participate in mental health counseling;
3. The defendant shall cooperate in DNA collection.

The defendant is allowed to remain released on present bond.

Signed this the ____1____ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 01/06/1966
U.S. Marshal No.: 11771-076
Defendant's Mailing Address: 1816 Victorian Place, Memphis, TN 38104

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  7-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT