PR 0B. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _CG_ D.C.

05 OCT -7 PM 4:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. RODNEY ROBINSON          Docket No.  2:97CR20263-001

### Petition on Probation and Supervised Release

COMES NOW __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Rodney Robinson__, who was placed on supervision by the Honorable __Jerome Turner__ sitting in the Court at __Memphis, Tennessee__, on the __21st__ day of __July__, 19__98__ who fixed the period of supervision at __five (5) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall maintain lawful full-time employment.

2. The defendant shall not engage in any credit transactions without prior approval of the U. S. Probation Office.

3. The defendant shall make restitution in the amount of $11,125.00. (Balance: $9,598.00)

4. The defendant shall participate in mental health counseling/ treatment as directed by the U. S. Probation Office

5. The defendant shall serve six (6) months at a halfway house.

\*    **Effective Date of Supervision: January 28, 2002.** (Supervised Release revoked on July 1, 2005. Defendant given credit for one (1) day custody, with re-imposed fifty-two (52) month term of Supervised Release to begin on July 2, 2005.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** that a **WARRANT** be issued for Rodney Robinson to appear before the United States District Court to answer charges of Supervised Release violations.

BOND: __detention__

### ORDER OF COURT

Considered and ordered this __7__ day of __Oct.__, 20__05__, and ordered filed and made a part of the records in the above case.

_/s/ Jon P. McCalla_
U. S. District Judge Jon Phipps McCalla

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __October 7, 2005__

_/s/ Willie S. Williams_
Senior United States Probation Officer

Place: __Memphis, TN__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-11-05__

89

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

THE DEFENDANT VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISED RELEASE:

**The defendant shall not commit another Federal, state, or local crime.**

Rodney Robinson violated 18 USC §1001 in that when he submitted his monthly supervision reports for the months of May 2004 through August 2005, he knowingly and willfully concealed material information with respect to his employment as the Executive Director of Services Rehabilitation Group, LLC, and his earnings derived from that employment.

**The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.**

Mr. Robinson violated this condition in that he failed to list his employment with Services Rehabilitation Group, LLC on his monthly supervision reports for May 2004 through August 2005.

## VIOLATION WORKSHEET

1. **Defendant**   Rodney Robinson   (Address: 421 Loraine Road., Memphis, TN 38109)

2. **Docket Number (Year-Sequence-Defendant No.)**   2:97CR20263-01

3. **District/Office**   Western District of Tennessee (Memphis)

4. **Original Sentence Date**   07 / 21 / 1998
   month  day  year

*(If different than above):*

5. **Original District/Office**

6. **Original Docket Number (Year-Sequence-Defendant No.)**

7. **List each violation and determine the applicable grade {see §7B1.1}:**

   | Violation(s) | Grade |
   |---|---|
   | • New criminal conduct of False Statements   (18 USC§1001) | B |
   | • Failure to submit a truthful and complete written report | C |
   | • | |
   | • | |

8. **Most Serious Grade of Violation (see §7B1.1(b))**   B

9. **Criminal History Category (see §7B1.4(a))74**   VI

10. **Range of imprisonment (see §7B1.4(a))**   21 –27 months

    18 USC § 3583(e) authorizes a maximum sentence of 36 months.

11. **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

    { }   (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    { }   (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    { }   (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

DEFENDANT:   Rodney Robinson

12. **Unsatisfied Conditions of Original Sentence**

   List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

   Restitution ($) __9,598.00_____        Community Confinement _____

   Fine ($) _____        Home Detention _____

   Other _____        Intermittent Confinement _____

13. **Supervised Release**

   If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

   Term: _____ to _____ years

   If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

   Period of supervised release to be served following release from imprisonment: _____

14. **Departure**

   List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

15. **Official Detention Adjustment {see §7B1.3(e)}:** _____ months _____ days

Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT