IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 2:97cr20263-Ml |
| | * | |
| **RODNEY ROBINSON** | * | |

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On October 26, 2005, **Rodney Robinson** appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his supervised release.

Accordingly, defendant **Rodney Robinson** is held to a final revocation hearing before United States District Judge **Jon Phipps McCalla**. It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices are given.

The defendant was remanded to the custody of the United States Marshals.

**IT IS SO ORDERED** this 27 day of October, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT