AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:97-cr-20263-JPM   Document 105   Filed 12/12/05   Page 1 of 2   PageID 69

UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY _____ D.C.

05 DEC 12 AM 10:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

RODNEY ROBINSON
    Defendant.

Case Number 2:97CR20263-01-M1

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Rodney Robinson, was represented by Samuel Perkins, Esq.

The defendant, who was convicted on July 21, 1998, in the above styled cause and was placed on Supervised Release for a period of five (5) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-six (36) months.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

All restitution and other monetary penalties stand as previously imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the ___12___ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 01/06/1966
U.S. Marshal No.: 11771-076
Defendant's Mailing Address: 421 Loraine Road, Memphis, TN 38109

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-12-05

(105)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:97-CR-20263 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT